# United States District Court
## Northern District of Illinois
### Eastern Division

Sroga                                           **JUDGMENT IN A CIVIL CASE**

            v.                                         Case Number: 08 C 1789

Weiglen, et al

☐     Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury rendered its verdict.

■     Decision by Court. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED that the Court grants in part and denies in part defendants' motion [doc. no. 76]. The Court grants summary judgment as to Sroga's federal claims brought pursuant to 42 U.S.C. § 1983 (Counts I, II, III and IV). The Court declines to exercise jurisdiction over the supplemental state law claims pursuant to 28 U.S.C. § 1367(c)(3) and thus dismisses Counts V and VI without prejudice. This case is hereby terminated.

                                                             Michael W. Dobbins, Clerk of Court

Date: 2/17/2010                                       _____
                                                             /s/ Carole Gainer, Deputy Clerk